1  LAURIE A. TRAKTMAN (SBN 165588)
   **GILBERT & SACKMAN**
2  A Law Corporation
   3699 Wilshire Boulevard, Suite 1200
3  Los Angeles, California 90010
   Telephone: (323) 938-3000
4  Facsimile: (323) 937-9139
   Email: lat@gslaw.org
5
   Attorneys for Plaintiffs
6                                    UNITED STATES DISTRICT COURT
7                                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF AND DEFERRED SAVINGS FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA LABOR MANAGEMENT COOPERATION TRUST; BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES,<br><br>        Plaintiffs,<br><br>        v.<br>HENDERSON MECHANICAL SYSTEMS, INC.; JAMES PAUL LEE, III; individual,<br><br>        Defendants. | Case No. CV13-05687-BRO (VBK)<br><br>Hon. Beverly Reid O'Connell<br><br>ORDER ON STIPULATION FOR JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs, Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-Off and Deferred Savings Fund ("Dues and Savings Fund"); Board of Trustees of the Southern California Labor Management Cooperation Trust ("LMCT"); and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles ("Industry Fund") (collectively the "Plans" or "Trust Funds"), and defendants, HENDERSON MECHANICAL SYSTEMS, INC. ("Company") and JAMES PAUL LEE, III ("Individual Defendant") (collectively "Defendants"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.  That the Company and Individual Defendant are indebted to the Plans in the total amount of $92,365.78 as follows: contributions (including the "Savings Deferral" which are wages deducted from employee paychecks) for the work month of July 2013 estimated to be $9,700 and the work month of August 2013 estimated to be $9,700 and the work month of September 2013 estimated to be $9,700 and the work month of October 2013 estimated to be $9,700; plus $30,710.63 in liquidated damages for late payment or nonpayment of contributions for the work months of October 2009, March 2010 through December 2010, January 2011 through April 2011, July 2011, September 2011 through November 2011, January 2012 through December 2012, February 2013 through June 2013; plus $15,355.15 in interest for

late payment or nonpayment of contributions for the work months of October 2009, March 2010 through December 2010, January 2011 through April 2011, July 2011, September 2011 through November 2011, January 2012 through December 2012, February 2013 through June 2013; plus attorney's fees in the amount of $7,500.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendant, jointly and severally, in the amount of $92,365.78 for delinquent employee benefit plan contributions and accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3. This Court retains jurisdiction over this matter through February 28, 2014 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED**.

Dated: September 18, 2013

_____
Hon. Beverly Reid O'Connell